**No. 58824.**—Arciv Trading Corporation *v.* United States, protest 229821–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58825.**—Compex Corporation *v.* United States, protest 232393–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58826.**—Fontana Hollywood Corp. *v.* United States, protest 233501–K (B) (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58827.**—William E. Martin Co. *v.* United States, protest 233788–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58828.**—Berlage & Wolff Co. and Lo Curto & Funk, Inc. *v.* United States, protest 236110–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58829.**—Air Express International Agency, Inc. *v.* United States, protest 236347–K (New York).

Opinion by JOHNSON, J. It appearing from the papers that the protest was filed more than 60 days after liquidation, it was dismissed as untimely. (Section 514, Tariff Act of 1930.)